IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALBERT GESUALDO,<br><br>      Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., JOHN DOES 1-10 and ABC CORP 1-10 (the last two names being fictitious and unknown), intended to represent the person, firm or corporation who owned, operated, maintained or were otherwise responsible for the premises, of the commonly known as "WAL-MART," located at 950 Route 37 W Toms River, New Jersey 08755,<br><br>      Defendants. | : Civil Action<br>:<br>: Case No. 3:18-cv-14770<br>:<br>: JURY TRIAL DEMANDED |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, without costs against either party, with prejudice.

MCDONNELL & ASSOCIATES, P.C.

By: _____
Barkha Patel, Esq.
Attorneys for Defendant

Dated: 3/30/19

DEL SARDO & MONTANARI

By: _____
Darren Del Sardo, Esquire
Attorneys for Plaintiff

Dated: 02-14-19